Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense charged is the unlawful transportation of spirituous liquor capable of producing intoxication; penalty assessed at confinement in the penitentiary for two years.

The evidence upon which the verdict rests is not before this court. In the absence of the evidence we must assume that the facts are sufficient to support the conviction.

The sentence is inaccurate, in that it contains the statement that the conviction is for transporting and possessing liquor. It is also inaccurate in failing to give effect to the Indeterminate Sentence Law (Vernon's Ann. C. C. P. art. 775), in that it condemns appellant to confinement in the penitentiary for two years. The sentence will be reformed in the particulars mentioned so as to declare appellant convicted of the offense of transporting spirituous liquor capable of producing intoxication, and that he be confined in the state penitentiary for a term of not less than one nor more than two years.

As reformed the judgment is affirmed.

On Motion for Rehearing.

HAWKINS, Judge.

It appears that the judgment as well as the sentence was inaccurate, in that appellant was adjudged to be guilty of both transporting and possessing intoxicating liquor. The sentence was reformed in our original opinion, but the mistake in the judgment was overlooked. The trial court submitted only the count charging transportation, and the judgment should have been for that offense. It will also be reformed to adjudge appellant guilty of the transportation of intoxicating liquor.

With such correction in the judgment, appellant's motion for rehearing is overruled.

## EBBERS v. STATE.

No. 17399.

Court of Criminal Appeals of Texas.

Feb. 27, 1935.

Houston McMurry, of Henrietta, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of robbery, and his punishment was assessed at confinement in the state penitentiary for a term of eighteen years.

The record is before us without a statement of facts or bills of exceptions. No defect either in the indictment or in the procedure has been pointed out or has been perceived. No question is presented for review.

The judgment of the trial court is in all things affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.